### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

ROBERT W. PERRIN,                          *

       Plaintiff,                       *

                            *

       v.                                       Civil No. 1:11-cv-01896-BEL

                            *

PHILIP J. SCHROEDER, M.D.                   *

       Defendant.                       *

                            *

**************************************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties, by their respective undersigned counsel, stipulate and agree that

this action shall be, and hereby is, DISMISSED WITH PREJUDICE.  Outstanding

costs shall be paid by the Defendant.


Thomas O'Toole
USDC/MD Bar #10227
Baroody & O'Toole
201 N. Charles Street, Ste. 2102
Baltimore, MD 21201
(410)539-8413
Attorneys for Plaintiff

Frederick W. Goundry, III
USDC/MD Bar #09440
VARNER & GOUNDRY
A Professional Corporation
121 East Patrick Street
Frederick, MD 21701
(301)631-1800
Attorneys for Defendant