IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT W. PERRIN,                  *

    Plaintiff,                    *

v.                                  *   Civil No. 1:11-cv-01896-BEL

PHILIP J. SCHROEDER, M.D.          *

    Defendant.                    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective undersigned counsel, stipulate and agree that this action shall be, and hereby is, DISMISSED WITH PREJUDICE. Outstanding costs shall be paid by the Defendant.

_/s/ Thomas O'Toole_
Thomas O'Toole
USDC/MD Bar #10227
Baroody & O'Toole
201 N. Charles Street, Ste. 2102
Baltimore, MD 21201
(410)539-8413
Attorneys for Plaintiff

_/s/ Frederick W. Goundry III_
Frederick W. Goundry III
USDC/MD Bar #09440
VARNER & GOUNDRY
A Professional Corporation
121 East Patrick Street
Frederick, MD 21701
(301)631-1800
Attorneys for Defendant

APPROVED THIS 6th DAY OF Jan. 2014.

_/s/ George L. Russell_
GEORGE L. RUSSELL, III, U.S.D.J.